AO 442

10845388

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
04/23/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

| UNITED STATES OF AMERICA |
|---|
| V. |
| Vonee Domonique Hoyos (1) |

**WARRANT FOR ARREST**
5:21-mj-00307   84386-298
Case Number: 19-cr-01406-AJB-1

## NOT FOR PUBLIC VIEW

To:  The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Vonee Domonique Hoyos (1)___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense):

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill                                Clerk of the Court
Name of Issuing Officer                     Title of Issuing Officer

s/ S. Dunbar                                3/5/2020 San Diego, CA
Signature of Deputy                         Date and Location

Bail fixed at $ ___No Bail___    by    The Honorable Anthony J. Battaglia
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |